IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HUMAN GENOME SCIENCES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 08-166-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| GENENTECH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action, or to file an appeal or cross-appeal, is extended to and including May 14, 2008.

ASHBY & GEDDES LLP                    POTTER ANDERSON & CORROON LLP

By: /s/ Steven J. Balick              By: /s/ Philip A. Rovner
    Steven J. Balick (#2114)              Philip A. Rovner (#3215)
    John G. Day (#2403)                   Hercules Plaza
    Lauren E. Maguire (#4261)             P.O. Box 951
    500 Delaware Avenue, 8th Floor        Wilmington, Delaware 19899
    P.O. Box 1150                         (302) 984-6000
    Wilmington, DE  19800                 provner@potteranderson.com
    (302) 654-1888
    sbalick@ashby-geddes.com
    jday@ashby-geddes.com
    lmaguire@ashby-geddes.com

2

| *Of Counsel:* | *Of Counsel:* |
|---|---|
| Richard L. DeLucia | Matthew D. Powers |
| John R. Kenny | Vernon M. Winters |
| A. Antony Pfeffer | Weil, Gotshal & Manges LLP |
| Kenyon & Kenyon | 201 Redwood Shores Parkway |
| One Broadway | Redwood Shores, CA 94065 |
| New York, NY 10004-1050 | (650) 802-3000 |
| Tel: (212) 425-7200 | |

*Attorneys for Defendant,*
*Genentech, Inc.*

*Attorneys for Plaintiff,*
*Human Genome Sciences, Inc.*

**SO ORDERED** this ___ day of _____, 2008

_____
United States District Judge

858805