## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HUMAN GENOME SCIENCES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 08-166-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| GENENTECH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATED ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto,

through their respective counsel and subject to the approval of the Court, that Defendant's time

to answer, move or otherwise respond to the Complaint in this action, or to file an appeal or

cross-appeal, is extended to and including May 21, 2008.


ASHBY & GEDDES LLP                          POTTER ANDERSON & CORROON LLP



By: /s/ John G. Day                         By: /s/ Philip A. Rovner
    Steven J. Balick (#2114)                     Philip A. Rovner (#3215)
    John G. Day (#2403)                          Hercules Plaza
    Lauren E. Maguire (#4261)                    P.O. Box 951
    500 Delaware Avenue, 8th Floor               Wilmington, Delaware 19899
    P.O. Box 1150                                (302) 984-6000
    Wilmington, DE  19800                        provner@potteranderson.com
    (302) 654-1888
    sbalick@ashby-geddes.com
    jday@ashby-geddes.com
    lmaguire@ashby-geddes.com

*Of Counsel:*

Richard L. DeLucia
John R. Kenny
A. Antony Pfeffer
Kenyon & Kenyon
One Broadway
New York, NY 10004-1050
Tel: (212) 425-7200

*Attorneys for Plaintiff,*
*Human Genome Sciences, Inc.*

*Of Counsel:*

Matthew D. Powers
Vernon M. Winters
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

*Attorneys for Defendant,*
*Genentech, Inc.*

**SO ORDERED** this ____ day of _____, 2008

_____
United States District Judge

864401