IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HUMAN GENOME SCIENCES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 08-166-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| GENENTECH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action, or to file an appeal or cross-appeal, is extended to and including May 30, 2008.

| ASHBY & GEDDES LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ John G. Day | By: /s/ Philip A. Rovner |
| Steven J. Balick (#2114) | Philip A. Rovner (#3215) |
| John G. Day (#2403) | Hercules Plaza |
| Lauren E. Maguire (#4261) | P.O. Box 951 |
| 500 Delaware Avenue, 8th Floor | Wilmington, Delaware 19899 |
| P.O. Box 1150 | (302) 984-6000 |
| Wilmington, DE 19800 | provner@potteranderson.com |
| (302) 654-1888 | |
| sbalick@ashby-geddes.com | |
| jday@ashby-geddes.com | |
| lmaguire@ashby-geddes.com | |

*Of Counsel:*

Richard L. DeLucia
John R. Kenny
A. Antony Pfeffer
Kenyon & Kenyon
One Broadway
New York, NY 10004-1050
Tel: (212) 425-7200

*Attorneys for Plaintiff,*
*Human Genome Sciences, Inc.*

*Of Counsel:*

Matthew D. Powers
Vernon M. Winters
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

*Attorneys for Defendant,*
*Genentech, Inc.*

**SO ORDERED** this ___ day of _____, 2008

_____
United States District Judge

864942