IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HUMAN GENOME SCIENCES, INC., | ) | |
| | ) | C.A. NO. 08-166-SLR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GENENTECH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### GENENTECH INC.'S REQUEST FOR ORAL ARGUMENT
### [RELATED TO *HGS V. AMGEN, ET AL.*, CASE NO. 07-780-SLR]

Pursuant to Rule 7.1.3 of the Local Rules of Civil Procedure and Practice, defendant, Genentech, Inc., hereby requests oral argument on Genentech, Inc.'s Motion to Dismiss (D.I. 9 & 10) ("Genentech's Motion to Dismiss").

This case is related to *HGS v. Amgen, Inc.,* Case No. 07-780-SLR, D.I. 30 (Case No. 07-780-SLR); the same HGS patent (U.S. Patent No. 6,862,578) is involved in each, and each is an action under 35 U.S.C. § 146 following interference proceedings in the United States Patent and Trademark Office. HGS' counsel is the same in each. Genentech's Motion to Dismiss raises issues of administrative exhaustion that were also at issue in this Court's Order, dismissing co-pending Case No. 07-780-SLR, on which HGS seeks re-argument. D.I. 28 & 30 (Case No. 07-780-SLR). Briefing on this motion and the co-pending motion for re-argument has **not** closed.

For reasons of judicial economy, Genentech respectfully suggests that the Court may wish to consider ordering that, if the Court is going to hear oral argument on this motion and the co-pending motion for re-argument, the oral argument be held on the same day.

2

OF COUNSEL:

WEIL, GOTSHAL & MANGES LLP
Matthew D. Powers
Vernon M. Winters
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802 3000

WEIL, GOTSHAL & MANGES LLP
Elizabeth Stotland Weiswasser
Peter Sandel
Rebecca Fett
767 Fifth Avenue
New York, NY 10153
(212) 310 8000

Dated: May 30, 2008
867053

POTTER ANDERSON & CORROON LLP

By: _____
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com

*Attorneys for Defendant*
*Genentech Inc.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on May 30, 2008, the within document was filed with the Clerk of the Court using CM/ECF; that the document was served on the following party as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes LLP
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
Sbalick@ashby-geddes.com
jday@ashby-geddes.com

I hereby certify that on May 30, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

Richard L. DeLucia, Esq.
John R. Kenny, Esq.
Kenyon & Kenyon
One Broadway
New York, NY 10004
rdelucia@kenyon.com
jkenny@kenyon.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com