IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HUMAN GENOME SCIENCES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-166-SLR |
| | ) | |
| GENENTECH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the remainder of briefing on defendant's motion to dismiss (D.I. 9) shall be extended through and including the dates indicated below:

| | |
|---|---|
| Plaintiff's answering papers | June 26, 2008 |
| Defendant's reply papers | July 11, 2008 |

ASHBY & GEDDES

/s/ Steven J. Balick
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiff*

POTTER ANDERSON & CORROON LLP

/s/ Philip A. Rovner
_____
Philip A. Rovner (I.D. #3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000

*Attorneys for Defendant*

{00223389;v1}

2

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge