# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 2, 2008

The Honorable Sue L. Robinson             *VIA ELECTRONIC FILING*
United States District Court
844 King Street
Wilmington, Delaware 19801

    Re:   *Human Genome Sciences, Inc. v. Genentech, Inc.,*
           C.A. No. 08-166-SLR

Dear Judge Robinson:

      Plaintiff Human Genome Sciences, Inc. ("HGS") respectfully submits this letter in response to defendant Genentech, Inc.'s ("Genentech") August 26, 2008 letter requesting expedited consideration of its pending motion to dismiss (D.I. 19). HGS notes that there are significant factual and legal distinctions between Genentech's pending motion to dismiss and the motion to dismiss granted in Human Genome Sciences, Inc. v. Amgen, Inc., C.A. No. 07-780-SLR. Accordingly, HGS does not believe that the outcome in that case dictates the result of Genentech's pending motion to dismiss this case. We are available for oral argument on this matter at the Court's convenience.

                                            Respectfully,

                                            */s John G. Day*

                                            John G. Day

JGD/nml

cc:    Richard L. DeLucia, Esquire (via electronic mail)
        Phillip A. Rovner, Esquire (via electronic mail)
        Matthew D. Powers, Esquire (via electronic mail)
        Elizabeth S. Weiswasser, Esquire (via electronic mail)