IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HUMAN GENOME SCIENCES, INC.,   )
                               )
            Plaintiff,         )
                               )
      v.                       )   Civ. No. 08-166-SLR
                               )
GENENTECH, INC.,               )
                               )
            Defendant.         )

## O R D E R

At Wilmington this 16th day of December, 2008, consistent with the

memorandum opinion issued this same date;

IT IS ORDERED that defendant's motion to dismiss (D.I. 9) is granted.


_____
United States District Judge

20